UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| B.A.R., | ) |
| | ) |
|   Petitioner | ) |
| | ) |
| v. | )   CIVIL NO.: 1:26-cv-00070-SDN |
| | ) |
| DERRICK STAMPER. et al, | ) |
| | ) |
|   Respondents | ) |

## <u>JUDGMENT</u>

Pursuant to the Order entered by U.S. District Judge Stacey D. Neumann, on

February 11, 2026; and the Status Report filed by Respondents on April 3, 2026,

The Petition for Writ of Habeas Corpus is granted.

Jennifer P. Lyons, Clerk

By:   <u>/s/Michelle Thibodeau</u>
       Deputy Clerk

Dated: April 3, 2026